

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russel Wilson, Judge Presiding

## O R D E R

On July 5, 2016, the reporter's record was due. We notified the court reporter that the reporter's record was past due; however, we have not received a response. Accordingly, we **ORDER** the court reporter to file the reporter's record in this court **on or before September 26, 2016**. Appellant's brief will be due thirty days after the complete reporter's record is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court